IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| VS. | ) | CR406-124-01 |
| | ) | CR406-260-01 |
| WILLIAM D. MORRIS | ) | |

## ORDER

The Court has considered the motion of the defendant to amend the sentencing order regarding restitution. The motion is **DENIED**.

**SO ORDERED** this _22_ day of October, 2007.

B. Avant Edenfield
Judge, United States District Court
Southern District of Georgia